PEOPLE v HILBER. (Docket Nos. 58883, 58884.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert Goebel,* Prosecuting Attorney, and *Thomas C. Nelson,* Assistant Attorney General (Prosecuting Attorneys Appellate Service), for the people, appellant. *James A. Rademacher* for defendant-appellee. Reported at 403 *ante,* p 312.

WILSON v FIREMAN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY. (Docket No. 61031.) Rehearing denied. *Joseph J. Trogan* for plaintiffs-appellants. *Denenberg, Tuffley & Thorpe* for defendant-appellee. Reported at 403 *ante,* p 339.

INTERSTATE BRANDS CORPORATION v WAY BAKING COMPANY. (Docket No. 60905.) Rehearing denied. *Susskind & Hedstrom, P.C.,* for plaintiff-appellant. *Dykema, Gossett, Spencer, Goodnow & Trigg* for defendant-appellee. Reported at 403 *ante,* p 479.

NOVEMBER 30, 1978

*In re* CERTIFIED QUESTION FROM UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT (KNOX v ELI LILLY & COMPANY). (Docket No. 62152.) The certified question presented to this Court is considered and the Court respectfully declines to respond to the question. *Goodman, Eden, Millender & Bedrosian* for plaintiff. *Dickinson, Wright, McKean, Cudlip & Moon* for defendant.

DECEMBER 1, 1978

SHAVERS v ATTORNEY GENERAL. (Docket Nos. 57931, 57935, 57916, 57934.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Harry G. Iwasko,* Assistant Attorney General, for defendants Secretary of State and Commissioner of Insurance. *Bodman, Longley & Dahling* for defendant State Farm Mutual Automobile Insurance Company. *Dickinson, Wright, McKean, Cudlip & Moon* for defendant Allstate Insurance Company. *Honigman, Miller, Schwartz & Cohn* for defendants Aetna Casualty & Surety Company, The Travelers Indemnity Company, Hartford Accident & Indemnity Company, Continental Casualty Company, and The Home Indemnity Company. *Dykema, Gossett, Spencer, Goodnow & Trigg* for defendants Detroit Automobile Inter-Insurance Exchange and Riverside Insurance Company of America. Reported at 402 Mich 554.